UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIE LEE GARNER; aka WILLI FREE I GAR&#096;NER, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. C-06-218 |
| PAUL MORALES, *et al*, | § § § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On June 26, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that defendant's motion for summary judgment (D.E. 34) be granted, and that plaintiff's claims be dismissed with prejudice. On August 1, 2007, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that defendant's motion for summary judgment is granted and plaintiff's claims are dismissed with prejudice.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 12th day of September, 2007.

_____
Janis Graham Jack
United States District Judge